HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
DAVID HARSHAW, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
david_harshaw@fd.org

Attorneys for Petitioner
JULIO CESAR ARMENTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR ARMENTA,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden, et al.,<br><br>                    Respondents. | Case No.  1:26-cv-001523-DC-DMC (HC)<br><br>STIPULATION AND ORDER TO EXTEND DEADLINES TO BRIEF CASE |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant Federal Defender David Harshaw, counsel for Petitioner, and Special Assistant United States Attorney Camilo Rodriguez, counsel for Respondents, that all deadlines in this case be pushed back seven (7) days.

This request is made due to Assistant Federal Defender Jennifer Giddings's unexpected unavailability, which necessitated Mr. Harshaw's appearance in this matter. Mr. Harshaw has yet been able to speak with his client about the possibly of amending the Petition, which is due today. Mr. Harshaw has a remote video appointment with Mr. Armenta scheduled for Friday. It was the first available appointment. A seven (7) day extension is necessary to properly evaluate the need for amendment.

/ / /

/ / /

/ / /

The following are the proposed new deadlines: On or before March 31, 2026, Petitioner shall file an Amended Petition or shall file notice he intends to rest on the original filing. Within fourteen (14) days of Petitioner's filing, Respondent shall file a responsive pleading. Within fourteen (14) of Respondent's filing, Petitioner may file a reply.

Dated: March 24, 2026                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Public Defender

                                         */s/ David Harshaw*
                                         DAVID HARSHAW
                                         Assistant Federal Defender
                                         Attorneys for Petitioner
                                         Julio C. Armenta

Dated: March 24, 2026                    ERIC GRANT
                                         United States Attorney

                                         */s/ Camilo Rodriguez*
                                         CAMILO RODRIGUEZ
                                         Assistant United States Attorney
                                         Attorneys for Respondents

*Armenta v. Chestnut*
Stipulation to Extend Time to Brief Case

-2-

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  March 26, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

*Armenta v. Chestnut*
Stipulation to Extend Time to Brief Case

-3-